**FILED**

MAY 2 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor and S.M., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> MARK DANNELS; et al., <br><br> Defendants - Appellants, <br><br> and <br><br> PAT DOWNING; et al., <br><br> Defendants. | Nos. 25-2544 <br> 25-2545 <br> 25-2548 <br> 25-2555 <br> 25-2558 <br> 25-2559 <br> 25-2563 <br> 25-2565 <br> 25-2566 <br> 25-2575 <br> 25-2579 <br> 25-2585 <br><br> D.C. Nos. 6:20-cv-01163-MTK <br> 3:21-cv-01719-MTK <br> District of Oregon, Eugene <br><br> ORDER |

An order is final and appealable if it "clearly evidence[s] the judge's intention that it would be the court's final act on the matter." *Meyer v. Portfolio Recovery Assocs., LLC*, 707 F.3d 1036, 1041 (9th Cir. 2012) (concluding district court's minute order was not final or appealable where it "expressly stated that a written order would follow"). This court may therefore lack jurisdiction over these appeals.

Within 21 days, each appellant must either file a motion to voluntarily dismiss or file a statement explaining why their appeal should not be dismissed. If

any appellant does not do so, the court will dismiss their appeal. *See* 9th Cir. R. 42-1.

If appellants file any statements, appellees may file a response within 10 days.

Briefing is stayed.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT